IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREA JESSE,

    Plaintiffs,

v.

STUDY GROUP USA, INC.,

    Defendant.

                                    /

No. C 12-4874 MMC

**ORDER GRANTING RUKIN HYLAND DORIA & TINDALL, LLP'S MOTION TO WITHDRAW AS COUNSEL; DIRECTIONS TO CLERK; DIRECTIONS TO PARTIES**

       Before the Court is Rukin, Hyland Doria & Tindall, LLP's ("RHDT") Motion to Withdraw as Counsel, filed December 21, 2012 and amended January 3, 2013, by which motion RHDT seeks to be relieved as counsel of record for plaintiff Andrea Jesse ("Jesse"). Jesse has not filed a response thereto; defendant Study Group USA, Inc. ("Study Group USA") has filed a statement of non-opposition. Having read and considered the papers filed in support of and in response to the motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for March 1, 2013 and, good cause appearing, hereby GRANTS the motion.

       In light of the Court's having granted the instant motion, Jesse now proceeds pro se, and, accordingly, the Clerk is hereby DIRECTED to amend the docket to include the following contact information for Jesse:

                Andrea Jesse
                1921 Fulton Street #5
                San Francisco, CA 94117

Study Group USA is hereby DIRECTED to continue to electronically file all documents. Additionally, Study Group USA is hereby DIRECTED to serve on Jesse at the above-stated address, either by mail or by personal delivery, all documents Study Group USA files.

Jesse is hereby DIRECTED to submit all documents for fling in paper form, specifically by mailing or otherwise delivering to the Clerk of the District Court, 450 Golden Gate Avenue, 16th Floor, San Francisco CA 94102, an original document along with a chambers copy of any original document, such copy clearly marked "Chambers Copy." Additionally, Jesse is hereby DIRECTED to serve counsel for Study Group USA with a copy of any document she files with the Clerk, and to file proof of such service. See Civil L.R. 5-6(a).[1]

**IT IS SO ORDERED.**

Dated: January 28, 2013

MAXINE M. CHESNEY
United States District Judge

---

[1] Jesse is hereby ADVISED to obtain a copy of the Civil Local Rules for the Northern District of California. Alternatively, the Civil Local Rules are available on the District Court's website, specifically, http://www.cand.uscourts.gov.