**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7                  IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ANDREA JESSE,                                No. C 12-4874 MMC

11            Plaintiffs,                         **ORDER GRANTING RUKIN HYLAND
                                                  DORIA & TINDALL, LLP'S MOTION TO**
12        v.                                      **WITHDRAW AS COUNSEL;
                                                  DIRECTIONS TO CLERK; DIRECTIONS**
13   STUDY GROUP USA, INC.,                       **TO PARTIES**

14            Defendant.
                                       /
15

16        Before the Court is Rukin, Hyland Doria & Tindall, LLP's ("RHDT") Motion to

17   Withdraw as Counsel, filed December 21, 2012 and amended January 3, 2013, by which

18   motion RHDT seeks to be relieved as counsel of record for plaintiff Andrea Jesse ("Jesse").

19   Jesse has not filed a response thereto; defendant Study Group USA, Inc. ("Study Group

20   USA") has filed a statement of non-opposition.  Having read and considered the papers

21   filed in support of and in response to the motion, the Court deems the matter suitable for

22   decision thereon, VACATES the hearing scheduled for March 1, 2013 and, good cause

23   appearing, hereby GRANTS the motion.

24        In light of the Court's having granted the instant motion, Jesse now proceeds pro se,

25   and, accordingly, the Clerk is hereby DIRECTED to amend the docket to include the

26   following contact information for Jesse:

27                       Andrea Jesse
                         1921 Fulton Street #5
28                       San Francisco, CA 94117

1    Study Group USA is hereby DIRECTED to continue to electronically file all

2   documents.  Additionally, Study Group USA is hereby DIRECTED to serve on Jesse at the

3   above-stated address, either by mail or by personal delivery, all documents Study Group

4   USA files.

5    Jesse is hereby DIRECTED to submit all documents for fling in paper form,

6   specifically by mailing or otherwise delivering to the Clerk of the District Court, 450 Golden

7   Gate Avenue, 16th Floor, San Francisco CA 94102, an original document along with a

8   chambers copy of any original document, such copy clearly marked "Chambers Copy."

9   Additionally, Jesse is hereby DIRECTED to serve counsel for Study Group USA with a

10   copy of any document she files with the Clerk, and to file proof of such service.  See Civil

11   L.R. 5-6(a).[1]

12    **IT IS SO ORDERED.**

13

14   Dated: January 28, 2013

15   MAXINE M. CHESNEY
     United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27     [1]Jesse is hereby ADVISED to obtain  a copy of the Civil Local Rules for the Northern
     District of California.  Alternatively, the Civil Local Rules are available on the District Court's
28   website, specifically, http://www.cand.uscourts.gov.

2