DAVID J. BECHT, SBN 104208
dbecht@adamsnyeemployment.com
MICHAEL SACHS, SBN 235048
msachs@adamsnyeemployment.com
MYTHILY SIVARAJAH, SBN 252494
msivarajah@adamsnyeemployment.com
ADAMS | NYE | BECHT LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Facsimile: (415) 982-2042

Attorneys for Plaintiff
ANDREA JESSE

MORGAN, LEWIS & BOCKIUS LLP
CECILY A. WATERMAN (SBN 063502)
MEGAN BARRY BOROVICKA (SBN 241205)
cwaterman@morganlewis.com
mborovicka@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
STUDY GROUP U.S.A., d.b.a. Embassy Center for English Studies, erroneously sued as Study Group USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA JESSE,<br><br>           Plaintiff,<br><br>    vs.<br><br>STUDY GROUP USA, INC., a Delaware Corporation, and DOES 1 through 25, inclusive,<br><br>           Defendant. | No. 3:12-CV-04874-MMC<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br><br><br>Judge:     Hon. Maxine M. Chesney<br>Courtroom:  7, 19th Floor |

1

STIPULATION AND ORDER OF DISMISSAL - No. 3:12-CV-04874-MMC

The parties having resolved this matter, it is hereby stipulated that this matter may and shall be dismissed with prejudice. Each party shall bear its own costs and fees.

DATED: July 16, 2013

ADAMS | NYE | BECHT LLP

By: _____
DAVID J. BECHT
MICHAEL SACHS
MYTHILY SIVARAJAH
Attorneys for Plaintiff
ANDREA JESSE

Dated: July 16, 2013

MORGAN, LEWIS & BOCKIUS LLP

By _____
CECILY A. WATERMAN

Attorneys for Defendant
STUDY GROUP U.S.A., d.b.a. Embassy Center for English Studies, erroneously sued as Study Group USA, Inc.

## ORDER

The parties having so stipulated, IT IS SO ORDERED.

Dated: July 23, 2013

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE