DAVID J. BECHT, SBN 104208
dbecht@adamsnyeemployment.com
MICHAEL SACHS, SBN 235048
msachs@adamsnyeemployment.com
MYTHILY SIVARAJAH, SBN 252494
msivarajah@adamsnyeemployment.com
ADAMS | NYE | BECHT LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Facsimile: (415) 982-2042

Attorneys for Plaintiff
ANDREA JESSE

MORGAN, LEWIS & BOCKIUS LLP
CECILY A. WATERMAN (SBN 063502)
MEGAN BARRY BOROVICKA (SBN 241205)
cwaterman@morganlewis.com
mborovicka@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:   415.442.1000
Fax:   415.442.1001

Attorneys for Defendant
STUDY GROUP U.S.A., d.b.a. Embassy Center for English Studies, erroneously sued as Study Group USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA JESSE,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>STUDY GROUP USA, INC., a Delaware Corporation, and DOES 1 through 25, inclusive,<br><br>　　　　　　　　Defendant. | No. 3:12-CV-04874-MMC<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br><br><br>Judge:　　Hon. Maxine M. Chesney<br>Courtroom:　7, 19th Floor |

The parties having resolved this matter, it is hereby stipulated that this matter may and shall be dismissed with prejudice. Each party shall bear its own costs and fees.

DATED: July 16, 2013

ADAMS | NYE | BECHT LLP

By: _____
DAVID J. BECHT
MICHAEL SACHS
MYTHILY SIVARAJAH
Attorneys for Plaintiff
ANDREA JESSE

Dated: July 16, 2013

MORGAN, LEWIS & BOCKIUS LLP

By _____
CECILY A. WATERMAN

Attorneys for Defendant
STUDY GROUP U.S.A., d.b.a. Embassy Center for English Studies, erroneously sued as Study Group USA, Inc.

## ORDER

The parties having so stipulated, IT IS SO ORDERED.

Dated: July 23, 2013

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE